UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN AOLAIBAO ELECTRONICS CO., LTD.,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                              Defendants. | 24-CV-1973 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

       For the reasons stated on the record on March 21, 2024, Plaintiff's *ex parte* motion for a temporary restraining order is DENIED.

       As the Court noted on the record and reiterates here, Plaintiff's brief and supporting materials contained numerous errors, including: (1) citations to non-existent declarations and exhibits; (2) citations to declarations from another case in an unrelated matter; (3) factual contentions with no evidentiary support; and (4) exhibits that contradicted factual contentions and arguments in Plaintiff's brief. These errors appear to be the result of counsel wholesale copying portions of a brief by another firm in an unrelated case. This conduct violates counsel's obligations under Federal Rule of Civil Procedure 11(b).

Plaintiff's counsel is warned that any further violations of this kind will result in sanctions.

Dated: March 22, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge