UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN AOLAIBAO ELECTRONICS CO., LTD.,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                              Defendants. | 24-CV-1973 (JGLC)<br><br>**ORDER OF DISMISSAL** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff Shenzhen Aolaibao Electronics Co. Ltd. filed this action on March 20, 2024. On March 21, 2024, the Court held a hearing, during which, it denied Plaintiff's *ex parte* motion for a temporary restraining order because Plaintiff's brief and supporting materials contained numerous errors. *See* ECF No. 49.

Plaintiff has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. The Clerk of Court is directed to close the case.

Dated: June 27, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge